HELEN SLIWINSKI, an Infant over the Age of Fourteen, by DORA COONLEY, Her Guardian ad Litem, Appellant, v. MARGARET SHELDON, Respondent.— Judgment and order of the Onondaga County Court affirmed, with costs. All concur. (The judgment and order of the Onondaga County Court affirm an order of the Syracuse Municipal Court in favor of defendant, in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

YVONNE LOGAN, Appellant, v. MARGARET SHELDON, Respondent.— Same decision and like cause of action as in companion case last above. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOHN HANLEY, Appellant, v. MARGARET SHELDON, Respondent.— Same decision and like cause of action as in companion case last above. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

WILLIAM BENGAR, Appellant, v. MARGARET SHELDON, Respondent.—Same decision and like cause of action as in companion case last above. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.